

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2022

No. 04-22-00032-CV

**IN THE INTEREST OF N.M.R., A CHILD**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01170
Honorable Martha Tanner, Judge Presiding

# O R D E R

On January 13, 2022 and January 19, 2022, appellants K.H. and L.R. filed notices of appeal stating their intent to appeal a judgment terminating their parental rights. The clerk's record was filed on January 26, 2022. Although the clerk's record contains an order setting a January 5, 2022 hearing on a "Motion to Clarify, Reconsider, and Reform Judgment" and judge's notes that appear to have resulted from that hearing, the clerk's record does not contain an order terminating appellants' parental rights. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (mem. op.) (noting judge's notes do not constitute a final order). In response to this court's inquiry, the trial court clerk confirmed the trial court has not signed a final order.

"[A]n appeal may be prosecuted only from a final judgment." *Ne. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order has been entered in the underlying case, we **ORDER** appellants to show cause in writing **by February 7, 2022** why this appeal should not be dismissed for lack of jurisdiction. If appellants fail to satisfactorily respond within the time provided, the appeal will be dismissed for want of jurisdiction because it is not yet ripe. *See* TEX. R. APP. P. 42.3(c). If a supplemental clerk's record is required to establish this court's jurisdiction, appellants must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2022.



MICHAEL A. CRUZ, Clerk of Court